# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:   Gary L. Ruby                    *
         Gaudiosa Ruby                   *       Case No.
                                         *
              Debtor(s)                  *       Chapter 13 Proceeding

## ☐AMENDED   ☐MODIFIED
## DEBTOR(S) CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor(s) estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this plan includes the plural where appropriate.*

## Plan Summary

A.   The Debtor(s) plan payment will be __$520.00__ per month, paid by ☐ Pay Order or ☒ Direct Pay, for __60__ months. The gross amount to be paid into the Plan is __$31,200.00__.

B.   The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __19__ % of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C.   The value of the Debtor(s) non-exempt assets is __$0.00__.

D.   If the payment of any debt is proposed to be paid directly by the Debtor(s) outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor(s) good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **assume** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

\* **MAT Properties**    Description of Contract or Lease: **Assume Resisdential Lease**

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **reject** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

**- NONE -**

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| Americredit 2007 Kia Spectra | $14,407.00 | $8,675.00 | Pro-rata, estimated payment to be $338.00 | 6.5% | $8,675.00 | Car Loan Condition is Fair, Date of purchase is 2007 |

_____  _____
Debtor   Gary E. Ruby                             Co-Debtor   Gaudiosa Ruby

## V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If not timely objection is filed, the relief requested maybe granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien (e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor | Property Subject to Lien | Amount of Lien to Be Avoided | Remarks |
|---|---|---|---|
| - NONE - | | | |

## VI. Specific Treatment for Payment of Allowed Claims

### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

A. Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, must be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor/Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Cerro Alto Undeveloped Land Cerro Alto Subdivision Unit 1, Lot 10, Block 4 Containing 1 Acre Hudspeth County, TX, 79999 | Other Bank Loan Post Petition Payments to be Paid Outside Plan | $10,000.00 | $144.00/month |
| Tax Assessor/Collector Undeveloped Land Cerro Alto Subdivision Unit 1, Lot 10, Block 4 Containing 1 Acre Hudspeth County, TX, 79999 | 2010 and all other tax years To be Paid Outside the Plan by Escrow | $0.00 | $0.00/month |

B. Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| - NONE - | |

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

### A. Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor(s) attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Tanzy & Borrego Law Offices | $2,894.00 | Along With | The trustee shall make distribution of the base fee awarded in the confirmation order equal to one month's plan payment for up to the first four months of the term of the plan. The remainder of the base fee due the attorney (if any) shall be paid at the rate of $100 a month until paid in full. |

### B. Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Internal Revenue Service | $97.00 | After | 1040 Taxes for 2009 |
| Internal Revenue Service | $7,500.00 | After | 1040 Taxes for 2008 |

### C. Arrearage Claims

| Creditor/Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| - NONE - | | | | | | |

### D. Cure Claims on Assumed Contracts, Leases, and Contracts for Deed:

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| - NONE - | | | |

### E. Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completion of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/ Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|

| Americredit 2007 Kia Spectra | $14,407.00 | $8,675.00 | Pro-rata, estimated payment to be $338.00 | 6.5% | $8,675.00 | Car Loan |

F. General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed). *Describe treatment for the class of general unsecured creditors.*

| Creditor | Claim Amount | Remarks |
|---|---|---|
| Ace Cash Express | $980.00 | |
| Advance Loan | $375.00 | |
| Advance Loan | $0.00 | |
| *Americredit | $5,732.00 | |
| Attorney General | $0.00 | |
| Bank of America | $223.00 | |
| Bank of America | $0.00 | |
| Bank of America | $148.00 | |
| Bank of America | $0.00 | |
| Capital One | $857.00 | |
| Capital One | $0.00 | |
| Capital One Auto Finance | $8,071.00 | |
| Capital One Auto Finance | $0.00 | |
| Carlos Loubriel MD | $27.00 | |
| Carlos Loubriel MD | $11.00 | |
| Carlos Loubriel MD | $0.00 | |
| Chase | $91.00 | |
| El Paso Footcare | $36.00 | |
| El Paso Gastroenterology Consultant | $132.00 | |
| El Paso Heart Clinic, P.A. | $275.00 | |
| El Paso Orthopaedic Sugery | $0.00 | |
| El Paso Orthopaedic Surgery | $41.00 | |
| El Paso Womens Clinic | $54.00 | |
| EZ Money Loans | $300.00 | |
| EZ Money Loans | $0.00 | |
| FedEx Coorporation | $0.00 | |
| FedEx Corporation | $94.00 | |
| FedEx Corporation | $75.00 | |
| FedEx Corporation | $0.00 | |
| FHA/HUD | $0.00 | |
| Gordon's Credit Plan | $942.00 | |
| HSBC | $994.00 | |
| Imaging El Paso | $24.00 | |
| Iverson Genetic Diagnostics, Inc. | $30.00 | |
| JC Penney/GE Money Bank | $431.00 | |
| Julieta Oguete | $1,000.00 | |
| Kay Jewelers | $1,472.00 | |
| Labcorp | $11.00 | |
| Navy Federal Credit Union | $152.00 | |
| Northbank Emergency Physicians | $71.00 | |
| Northbank Emergency Physicians | $0.00 | |
| Philip A. Miles MD | $10.00 | |
| Providence Imaging Consultants | $0.00 | |
| Providence Imaging Consultants, PA | $12.00 | |

Printed by AM

| Providence Imaging Consultants, PA | $7.00 | |
|---|---|---|
| Quick Cash | $400.00 | |
| Quick Cash | $0.00 | |
| Sierra Lab Associates | $0.00 | |
| Sierra Laboratory Assoc. | $30.00 | |
| Sierra Laboratory Assoc. | $0.00 | |
| Sierra Laboratory Assoc. | $18.00 | |
| Sierra Medical Center | $2,067.00 | |
| Sierra Medical Center | $0.00 | |
| Sierra Medical Center | $343.00 | |
| Texas Tech Medical Center | $9.00 | |
| Thomason General Hospital | $762.00 | |
| Thomason General Hospital | $466.00 | |
| Thomason General Hospital | $541.00 | |
| Thomason General Hospital | $116.00 | |
| Thomason General Hospital | $270.00 | |
| Thomason General Hospital | $53.00 | |
| Thomason General Hospital | $0.00 | |
| U.S. Attorney/FHA/HUD/IRS/VA | $0.00 | |
| University Medical Center of El Paso | $402.00 | |
| University Medical Center of El Paso | $129.00 | |
| University Medical Center of El Paso | $377.00 | |
| Veterans Administration | $0.00 | |

* Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or the full amount of an avoided Secured Claim.

**Totals:**

Administrative Claims $2,894.00
Priority Claims $7,597.00
Arrearage Claims $0.00
Cure Claims $0.00
Secured Claims $8,675.00
Unsecured Claims $28,661.00

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

1. Unless the plan is a full pay plan, all of the debtor's projected disposable income to be received in the three-year period beginning on the date that the first payment is due under the plan will be applied to make payments under the plan.

2. If any secured proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless it is objected to. Said claim shall be paid under the plan at 8% interest. Likewise, if any priority proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

3. If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors. The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors upon confirmation will also be distributed to the other secured creditors on a pro-rata basis.

Respectfully submitted this _10_ day of _____, 2010.

_____  
Debtor **Gary L. Ruby**  
10304 Dyer St.  
El Paso, TX  79924

Attorney for Debtor  
**Edgar Borrego 00787107**  
**Miguel Flores 24036574**  
**Sol M. Cortez 24071080**  
2610 Montana Avenue  
El Paso, TX  79903  
(915) 566-4300  
Fax: (915) 566-1122

_____  
Co-Debtor **Gaudiosa Ruby**  
10304 Dyer St.  
El Paso, TX  79924

**United States Bankruptcy Court**
**Western District of Texas**

In re  Gary L. Ruby
Gaudiosa Ruby
Debtor(s)

Case No._____
Chapter ___13___

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached Chapter 13 Plan was served on _____, on Chapter 13 Trustee, Stuart C. Cox, 1760 N. Lee Trevino Dr., El Paso, TX 79936, The United States Trustee, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539, Gary L. Ruby & Gaudiosa Ruby, 10304 Dyer St., El Paso, TX 79924 and the persons listed below and/or on the attached list, at the addresses listed, via electronic means as listed on the court's ECF noticing system or by regular first class mail:

/s/ Edgar Borrego
Edgar Borrego 00787107
Miguel Flores 24036574
Sol M. Cortez 24071080
Attorney for Tanzy & Borrego Law Offices

To creditors:

Ace Cash Express
5151 Fairbanks, Ste. G
El Paso, TX 79924

Advance Loan

Advance Loan
c/o RiteMoney, LTD.
701 E. Main St., Suite 120
Tomball, TX 77375

Americredit
PO BOX 183593
Arlington, TX 76096

Bank of America
Customer Service
P.O. Box 15480
Wilmington, DE 19850

Bank of America
c/o NCO Financial Systems, Inc.
P.O. Box 41417
Dept.99
Philadelphia, PA 19101

Bank of America
Customer Service
P.O. Box 15480
Wilmington, DE 19850

Bank of America
c/o Penncro Associates
95 James Way #113
Southampton, PA 18966

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
c/o Global Acceptance
P.O. Box 172800
Arlington, TX 76003-2800

Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848

Capital One Auto Finance
c/o NCI
2015 Vaughn Road
PPC- Building 400
Kennesaw, GA  30144-7802

Carlos Loubriel MD
4242 Hondo Pass Drive
El Paso, TX  79904-1205

Carlos Loubriel MD
4242 Hondo Pass Drive
El Paso, TX  79904-1205

Carlos Loubriel MD
c/o LCA
P.O. Box 2240
Burlington, NC  27216-2240

Cerro Alto
11900 Montana
El Paso, TX  79936

Chase
P. O. Box 15298
Wilmington, DE  19850-5298

El Paso Footcare
ATTN:  Accounts Receivable
4659 Cohen Ave.
El Paso, TX  79924-4415

El Paso Gastroenterology Consultant
125 W. Hague Suite 590
El Paso, TX  79912

El Paso Heart Clinic, P.A.
1300 Murchison #200
El Paso, TX  79902

El Paso Orthopaedic Sugery
c/o Financial Corporation of America
400 East Anderson Lane Suite 300
P.O. Box 16468
Austin, TX  78761

El Paso Orthopaedic Surgery
P.O. Box 910329
Dallas, TX  75391-0329

El Paso Womens Clinic
PO Box 843225
Boston, MA  02284-3225

EZ Money Loans
1850 Hunter Drive
El Paso, TX  79915

EZ Money Loans
c/o NCP Finance Limited Partnership
100 East Third Street 5th Floor
Dayton, OH  45402

FedEx Coorporation
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA  19044

FedEx Corporation
942 South Shady Grove Road
Memphis, TN  38120

FedEx Corporation
942 South Shady Grove Road
Memphis, TN  38120

FedEx Corporation
c/o NSA
P.O. Box 8922
Westbury, NY  11590

Gordon's Credit Plan
P.O. Box 653054
Dallas, TX  75265-3054

| |
|---|
| HSBC<br>Card Services<br>P.O. Box 80084<br>Salinas, CA 93912-0084 |
| Imaging El Paso<br>1201 E. Schuster Bldg 1 A<br>El Paso, TX 79902 |
| Internal Revenue Service<br>Special Procedures Branch<br>300 E. 8th Street Stop 5022<br>Stop 5022<br>Austin, TX 78701 |
| Internal Revenue Service<br>Special Procedures Branch<br>300 E. 8th Street Stop 5022<br>Stop 5022<br>Austin, TX 78701 |
| Internal Revenue Service<br>c/o U.S. Attorney/IRS<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| Iverson Genetic Diagnostics, Inc.<br>19805 North Creek Parkway<br>Bothell, WA 98011-8214 |
| JC Penney/GE Money Bank<br>Attn: Bankruptcy Dept<br>P.O Box 103104<br>Roswell, GA 30076 |
| Julieta Oguete<br>9020 Mt. Olympus Dr.<br>El Paso, TX 79904 |
| Kay Jewelers<br>P.O. Box 3680<br>Akron, OH 44309-3680 |
| Labcorp<br>7777 Forest Lane, Ste. 350<br>Building C<br>Dallas, TX 75230 |
| MAT Properties<br><br>, |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3501 |
| Northbank Emergency Physicians<br>P.O. Box 13853<br>Philadelphia, PA 19101-3853 |
| Northbank Emergency Physicians<br>C/O NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 |
| Philip A. Miles MD<br>8815 Dyer Street # 200<br>El Paso, TX 79904-2035 |
| Providence Imaging Consultants<br>c/o CMI<br>4200 International Parkway<br>Carrollton, TX 75007-1906 |
| Providence Imaging Consultants, PA<br>P.O. Box 920700<br>El Paso, TX 79902 |

| |
|---|
| Providence Imaging Consultants, PA<br>P.O. Box 920700<br>El Paso, TX 79902 |
| Quick Cash<br>5640 Montana<br>El Paso, TX 79925 |
| Quick Cash<br>c/o NCP Finance Limited Partnership<br>100 East Third Street 5th Floor<br>Dayton, OH 45402 |
| Sierra Lab Associates<br>c/o SCA Collections<br>P.O. Box 215<br>Memphis, TN 38101 |
| Sierra Laboratory Assoc.<br>1700 Murchison, Ste. 106<br>El Paso, TX 79902-3599 |
| Sierra Laboratory Assoc.<br>c/o SCA<br>P.O. Box 215<br>Memphis, TN 38101 |
| Sierra Laboratory Assoc.<br>1700 Murchison, Ste. 106<br>El Paso, TX 79902-3599 |
| Sierra Medical Center<br>1625 Medical Center Dr.<br>El Paso, TX 79902 |
| Sierra Medical Center<br>Attn: Central Financial Control<br>2401 Internet Blvd. Ste. 110<br>Frisco, TX 75034-5976 |
| Sierra Medical Center<br>1625 Medical Center Dr.<br>El Paso, TX 79902 |
| Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79902 |
| Texas Tech Medical Center<br>4801 Alberta Ave<br>El Paso, TX 79904 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>4815 Alameda Avenue<br>El Paso, TX 79905 |
| Thomason General Hospital<br>c/o Creditors Service Bureau of El Paso<br>1817 Wyoming, Suite 200<br>El Paso, TX 79903 |
| U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216 |

University Medical Center of El Paso
4815 Alameda Ave
El Paso, TX  79905

University Medical Center of El Paso
4815 Alameda Ave
El Paso, TX  79905

University Medical Center of El Paso
4815 Alameda Ave
El Paso, TX  79905

University Medical Center of El Paso
4815 Alameda Ave
El Paso, TX  79905

~ end of list ~